# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00710-CV

**K. L. M., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE 340TH DISTRICT COURT OF TOM GREEN COUNTY, NO. C-12-0051-CPS, THE HONORABLE JAY K. WEATHERBY, JUDGE PRESIDING

### O R D E R

**PER CURIAM**

Appellant K. L. M. filed her notice of appeal on October 22, 2013. The appellate record was complete November 12, 2013, making appellant's brief due December 2, 2013. On December 11, 2013, counsel for appellant filed a motion for extension of time to file appellant's brief.

Amendments to the rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a), available at http://www.supreme.courts.state.tx.us/MiscDocket/12/12903200.pdf (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order counsel to file appellant's brief no later than December 23, 2013. If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.

It is ordered on December 13, 2013.


Before Chief Justice Jones, Justices Pemberton and Field